**PENDLEY, BAUDIN & COFFIN, L.L.P.**
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone: 225-687-6396
Facsimile: 225-687-6398

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Gaetano J. Ruggiero, Jr.,<br>Plaintiff,<br>v.<br>Pfizer Inc,<br>Defendant. | Case No.: 06-2672 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiff and Defendant in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice,** with each side bearing its own attorneys' fees and costs.

DATED: 5/17, 2010    By: _/s/ Christopher L. Coffin_

Christopher L. Coffin
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone: 225-687-6396
Facsimile: 225-687-6398

*Attorneys for Plaintiff*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | |
| 2 | DATED: June 7, 2010    By: _/s/ Michelle Sadowsky_ |
| 3 | Michelle W. Sadowsky |
| 4 | **DLA PIPER LLP (US)** |
|   | 1251 Avenue of the Americas |
| 5 | New York, New York 10020 |
|   | Telephone: 212-335-4500 |
| 6 | Facsimile: 212-335-4501 |
| 7 | *Defendant's Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 7·02·2010

_____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE